UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 12 PM 12: 21

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 2:22-cr-52-1 |
| SABRINA KINGSBURY, | ) |
| Defendant | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 18, 2022, in the District of Vermont, defendant SABRINA KINGSBURY obstructed, delayed, and affected commerce by robbery at the Black Diamond Store in Burlington, Vermont.

(18 U.S.C. §§ 1951(a), 1951(b)(1))

A TRUE BILL

████████████████

FOREPERSON

_____
NIKOLAS P. KEREST (JRP)
United States Attorney
Burlington, Vermont
May 12, 2022